■ PENRHYN ASTON, Respondent, v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD COMPANY, Appellant.— In a negligence action to recover damages for personal injuries, defendant appeals from so much of an order of the Supreme Court, Westchester County, dated September 29, 1960, as grants plaintiff's motion to strike out the defendant's answer unless it submits to an examination before trial, and as denies defendant's cross motion for discovery of plaintiff's medical and roentgenologist reports. Order insofar as appealed from affirmed, with $10 costs and disbursements. Defendant's time to submit to the examination in order to avoid the striking out of its answer, extended until 30 days after entry of the order hereon. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ SHELDON M. ATLAS, Appellant, v. BARBARA E. POLLARD et al., Respondents.— In a matrimonial action, plaintiff appeals from an order of the Supreme Court, Kings County, dated October 7, 1960, which, inter alia, denies his motion to vacate defendants' notice to examine him before trial, and directs him to appear for such examination. Issue was joined by service of an answer and reply in the latter part of 1959. The case was placed on the calendar for June 8, 1960. The examination of plaintiff was not sought by defendants until August 29, 1960. No reason or excuse for this delay is presented in the affidavits, nor was any reason or excuse found by the Special Term. Order reversed, with $10 costs and disbursements; plaintiff's motion to vacate the defendants' notice to examine him before trial, granted. The Special Rule requiring the filing of a Statement of Readiness is applicable to matrimonial actions. We find in this record no basis for the exercise of discretion in favor of denying the plaintiff's motion to vacate the defendants' notice (Norman v. Pyramid Cranes Co., 3 A D 2d 927; Amkraut v. Roanoke Garment Co., 5 A D 2d 863). The examination before trial of the female defendant pursuant to the court's prior order, dated July 11, 1960, shall proceed on 10 days' written notice or at such time as may be mutually fixed by the parties. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ EDMUND W. BALLARD, Respondent, v. SERVIO PERITO, Appellant.— In an action for rescission of a lease and for other relief, defendant appeals from an order of the Supreme Court, Westchester County, dated October 3, 1960, denying his motion for judgment on the pleadings. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ VIRGINIA BATTIATO et al., Respondents, v. WILLIAM FARRELL et al., Appellants.— In an action to recover damages for personal injuries, defendants appeal from an order of the Supreme Court, Orange County, dated June 14, 1960, which, inter alia, vacated a prior order dismissing the complaint for failure to prosecute and denied defendants' original motion to dismiss upon certain stated conditions. Order affirmed, without costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.